■ In the Matter of BARUCH PINCHUS LEIFER, Also Known as BARUCH LEIFER, et al., Respondents, v YECHIEL MECHEL GROSS, Also Known as GEORGE GROSS, Appellant. [32 NYS3d 514]—In a proceeding pursuant to CPLR article 75 to confirm an arbitration award dated July 5, 2012, Yechiel Mechel Gross, also known as George Gross, appeals from (1) an order of the Supreme Court, Kings County (Ash, J.), dated June 16, 2014, which granted the petition to confirm the arbitration award, and (2) an order of the same court dated September 19, 2014, which denied his motion for leave to reargue his opposition to the petition to confirm the arbitration award.

Ordered that the appeal from the order dated September 19, 2014, is dismissed, as no appeal lies from an order denying reargument; and it is further,

Ordered that the order dated June 16, 2014, is reversed, on the law, the petition to confirm the arbitration award is denied, the arbitration award is vacated, and the proceeding is dismissed; and it is further,

Ordered that one bill of costs is awarded to the appellant.

Since the arbitration hearing was conducted on a Sunday in violation of Judiciary Law § 5, which "expresses the public policy of the State, and cannot be waived," the arbitration award is illegal and void (*Matter of Brody v Owen*, 259 App Div 720, 721 [1940]). Accordingly, the award is vacated and the proceeding is dismissed.

In light of our determination, it is unnecessary to reach the appellant's remaining contentions. Chambers, J.P., Hall, Austin and LaSalle, JJ., concur.